COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE: MARCELA PONCE,      §      No. 08-25-00102-CV

Relator.      §      AN ORIGINAL PROCEEDING

§      IN MANDAMUS

§

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Lyda Ness Garcia, Judge of the 383rd District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We conditionally grant Marcela Ponce's petition for a writ of mandamus seeking to vacate the portion of the trial court's Default Final Order on the issue of conservatorship.

We direct the trial court to vacate that portion of its order and to conduct further proceedings consistent with this opinion. A writ will issue only if the trial court fails to comply.

IT IS SO ORDERED this 27th day of June 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.